

E-FILED
Monday, 20 November, 2006  02:25:54 PM
Clerk, U.S. District Court, ILCD

**Rod R. Blagojevich**
Governor

**Illinois
Department of
Corrections**

**Roger E. Walker Jr.**
Director

Tamms Correctional Center / 200 Supermax Road, P.O. Box 400 / Tamms, IL 62988 / Telephone: (618) 747-2042 / TDD: (800) 526-0844



FILED
NOV 20 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Notice to the Court

November 17, 2006

RE:   **Terry C. Johnson vs W.A. Marshal, et al   Case No.99-1190**

Please be advised that inmate Terry Johnson (B45089) has revoked his power of attorney in regard to his prison trust fund account.

On August 10, 1999, this Court ordered the Illinois Department of Corrections to withhold a percentage of monies going into inmate Johnson's trust fund account to reimburse the Court for the advance of filing fees in regard to **Terry C. Johnson vs. W. A. Marshal, et al   Case No. 99-1190.**  Mr. Johnson's institutional status now makes him eligible for unassigned State pay in the amount of $10.00. However, Mr. Johnson can not receive this money (or any other funds) because he has revoked his power of attorney allowing us to perform transactions on the trust account. His revocation has effectively terminated his trust account. The Department can not recoup loaned monies for legal copies or postage, nor can it fulfill the requirement of this Court's repayment order.

Respectfully;

Lois Prater
Trust Fund Officer
Tamms Correctional Center